JOHN YZURDIAGA
State Bar No. 49031
800 Wilshire Boulevard, Suite 1510
Los Angeles, California  90017
Telephone: (213) 622-9262
Facsimile: (213) 622-0445
E-mail: johnxyz@sbcglobal.net

DAVID G. CURRIE
State Bar No. 153669
5230 D Street
Chino, California 91710
Telephone: (909) 591--237
Facsimile: (909) 591-9969
E-mail: runjavac.01@verizon.net

Attorneys for Defendant
UBALDO AYON-HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:07-CR-0282-LJO |
| Plaintiff, | ) | ORDER CONTINUING |
| | ) | DEFENDANT UBALDO AYON- |
| v. | ) | HERRERA'S SENTENCING HEARING |
| | ) | |
| UBALDO AYON-HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon consideration of defendant's *Ex Parte* Application, and for good cause shown,

The defendant Ubaldo Ayon-Herrera's sentencing hearing is continued from the currently scheduled date of March 27, 2009, but not for the four and one-half weeks requested.  Due to the crowding situation at the Fresno County Jail, such a delay can not be

justified.  The matter will be continued two weeks, to April 10, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:** __**March 24, 2009**__        __**/s/ Lawrence J. O'Neill**__
                                            UNITED STATES DISTRICT JUDGE