JOHN YZURDIAGA
State Bar No. 49031
800 Wilshire Boulevard, Suite 1510
Los Angeles, California 90017
Telephone: (213) 622-9262
Facsimile: (213) 622-0445
E-mail: johnxyz@sbcglobal.net

DAVID G. CURRIE
State Bar No. 153669
5230 D Street
Chino, California 91710
Telephone: (909) 591-0237
Facsimile: (909) 591-9969
Email: runjavac.01@verizon.net

Attorneys for Defendant
UBALDO AYON-HERRERA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:07-CR-0282-LJO |
| Plaintiff, | ORDER SHORTENING TIME TO FILE DEFENDANT UBALDO AYON-HERRERA'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND SENTENCING MEMORANDUM OR, ALTERNATIVELY, CONTINUING SENTENCING HEARING |
| v. | |
| UBALDO AYON-HERRERA, | |
| Defendant. | |

Upon consideration of defendant's application, and for good cause shown,

IT IS HEREBY ORDERED that:

Defendant Ubaldo Ayon-Herrera's Response to Presentence Investigation Report and Sentencing Memorandum shall be

accepted for filing as of April 3, 2009, and the sentencing hearing shall proceed on April 10, 2009, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   April 3, 2009                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE